People v Chano (2020 NY Slip Op 51287(U))

[*1]

People v Chano (Juan)

2020 NY Slip Op 51287(U) [69 Misc 3d 135(A)]

Decided on October 30, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on October 30, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : MICHELLE WESTON, J.P., DAVID ELLIOT, BERNICE D. SIEGAL, JJ

2017-2274 K CR

The People of the State of New York,
Respondent, 
against
Juan Carlos Chano, Appellant. 

Feldman and Feldman (Steven A. Feldman of counsel), for appellant.
Kings County District Attorney (Leonard Joblove and Morgan J. Dennehy of counsel), for
respondent.

Appeal from a judgment of the Criminal Court of the City of New York, Kings County
(Christopher J. Robles, J.), rendered October 26, 2017. The judgment convicted defendant, upon
his plea of guilty, of aggravated unlicensed operation of a motor vehicle in the third degree
(Vehicle and Traffic Law § 511 [1] [a]), and imposed sentence. Assigned counsel has
submitted a brief in accordance with Anders v California (386 US 738 [1967]), seeking leave to
withdraw as counsel.

ORDERED that the judgment of conviction is affirmed.
Upon an independent review of the record, we conclude that there are no nonfrivolous issues
which could be raised on appeal (see Anders v California, 386 US 738 [1967]). Counsel's
application for leave to withdraw as counsel is, therefore, granted (see id.; People v
Murray, 169 AD3d 227 [2019]; Matter of Giovanni S. [Jasmin A.], 89 AD3d 252
[2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d
606 [1979]).
WESTON, J.P., ELLIOT and SIEGAL, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: October 30, 2020